No. 23-11237

# United States Court of Appeals for the Fifth Circuit

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

*versus*

TIMOTHY BARTON,

*Defendant-Appellant*,

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

## APPELLANT'S UNOPPOSED MOTION TO ENLARGE THE WORD LIMITATION FOR CONSOLIDATED BRIEF

Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
*medney@huntonak.com*

Pursuant to 32.4 of the Rules and Internal Operating Procedures of the United States Court of Appeals for the Fifth Circuit, Appellant Timothy Barton moves for the Court to allow his opening brief to exceed the word-volume limitations by 3,000 words for a total of 16,000 words. Counsel for Appellee Securities and Exchange Commission does not oppose the requested enlargement of the word-volume limitation.

On March 18, 2024, the Court granted Appellant Barton's request to consolidate appeals filed in Case Nos. 23-11237 and 24-10004.

If the cases had not been consolidated, per Fed. R. App. P. 32(a)(7)(B)(i), the opening brief in each case would have been afforded its own 13,000 words. The Appellant believes the Court's decision to consolidate these appeals promotes efficiency, yet still requires slightly more words than a single brief to ensure that the issues raised by both appeals are addressed. Accordingly, the Appellant requests an enlargement of less than 25 percent of the typical word limit—3,000 words—for an opening brief page limit in the consolidated appeal of 16,000 words.

The Appellant is aware that Internal Operating Procedure 32.4 requires a request for enlargement be made "at least 10 days in advance

of the brief's due date" and that the instant request is being made 7 days prior to the brief's current due date. The Appellant respectfully requests leave to file this request out of time, in the special context of this single brief addressing two appeals that are now consolidated. In the alternative, the Appellant respectfully moves for an extension of time to file the opening brief of 3 days to Friday, May 10, 2022. The request for extension of time would be timely (filed 7 days before the due date), would be a Level 1 extension under Internal Operating Procedure 31.4.3.1 that the Clerk is empowered to grant (as it would not extend the date for filing the consolidated brief more than 30 days beyond the original due date), and would make the instant motion for enlargement of the term limit timely (as the motion for enlargement would then be filed 10 days before the due date for the brief). There would be good cause for the time extension to accommodate timely consideration of the motion for enlargement of the word count.

For the reasons set forth above, the Court should grant Appellant's motion to exceed the word-volume limitations in his opening brief by 3,000 words.

Respectfully submitted,

*/s/ Michael J. Edney*
Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
*medney@huntonak.com*

ATTORNEY FOR APPELLANT
TIMOTHY LYNCH BARTON

Date: April 30, 2024

## Certificate of Filing and Service

I hereby certify that on April 30, 2024, this document was filed and served in PDF format using the United States Court of Appeals for the Fifth Circuit's CM/ECF system upon all counsel of record, as follows:

Ezekiel L. Hill
hillez@sec.gov
Securities and Exchange Commission
100 F St., N.E.
Washington, DC 20549

Keefe M. Bernstein
bernsteink@sec.gov
James E. Etri
etrij@sec.gov
David B. Reece
reeced@sec.gov
Securities and Exchange Commission
801 Cherry St., Suite 1900
Fort Worth, TX 76102

*Counsel for the Securities and Exchange Commission*

In addition, I further certify that this electronic filing is an exact copy of the paper document and any privacy redactions have been made. This filing has been scanned for viruses and has been found to be free of viruses.

/s/ Michael J. Edney