# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-11237 SEC v. Barton
USDC No. 3:22-CV-2118
USDC No. 3:22-CV-2118

The court has granted the motion for leave to file Appellant's Brief in excess the word count, but not to exceed 16,000 words.

Sincerely,

LYLE W. CAYCE, Clerk

By: Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Keefe Michael Bernstein
Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill
Mr. David B. Reece